## No. 7415.

### CAROLINE PERRY VS. EUGENE OUBRE.

The value of the property in dispute as alleged by the plaintiff, and not as established by the proof, is the measure of jurisdiction.

When several witnesses have sworn to the ownership of the property in dispute, and the contrary is sworn by one witness, who in another case has been shewn to be conducting his own business in the plaintiff's name, and to be her "keeper," the latter will be disbelieved.

APPEAL from the District Court for Pointe Coupee. YOIST, J.

*E. Philips* for Plaintiff Appellant.    *Leake* and *Semple* for Defendant.

MANNING, C. J., delivered the opinion, affirming the judgment.